Upon consideration, petitioners’ motion for immediate issuance of order to show cause as to why petition for writ of prohibition should not be granted; alternatively, motion to expedite is hereby denied.
Following review of the petition for writ of prohibition and the response and reply thereto, it is ordered that said petition is hereby denied without prejudice.
GERSTEN, C.J., and ROTHENBERG, J., and SCHWARTZ, Senior Judge, concur.

ON MOTION FOR CLARIFICATION

PER CURIAM.
Upon consideration of the petitioners’ motion for clarification, the second paragraph of this Court’s September 22, 2008 order is amended by striking the words “without prejudice” so that the second paragraph provides: “Following review of the petition for writ of prohibition and the response and reply thereto, it is ordered that said petition is hereby denied.”
The motion for clarification is otherwise denied.
GERSTEN, C.J., and SCHWARTZ, Senior Judge, concur.